UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL BRUNO,

                Plaintiff,

-against-

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
----------------------------------X

**STIPULATION AND ORDER**
**REGARDING ATTORNEY FEES**

Civil Action No. 13-CV-4113

(Feuerstein, J.)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 03 2014 ★

LONG ISLAND OFFICE

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, MICHAEL BRUNO, and counsel for Defendant, ACTING COMMISSIONER OF SOCIAL SECURITY, that Plaintiff is awarded $601.25 (Six Hundred One Dollar and twenty-five cents) in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any claim under that statute. Payment of fees may be made directly to Plaintiff's attorney provided that Plaintiff has agreed to assign his rights to the fees to the attorney and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

      This award under the EAJA is without prejudice to any subsequent application for fees that counsel may make under 42 U.S.C. § 406(b), which application cannot be made unless and until Defendant determines that Plaintiff is entitled to an award of benefits and computes any

*Bruno v. Acting Commissioner of Social Security, 13-cv-4113 (SJF) EAJA Stipulation*

such past-due benefits.

Dated: Kings Park, New York
April _2_, 2014

                         Sullivan & Kehoe, LLP

                         *s/ Michael Brangan*

By:   Michael Brangan, Esq.
       Attorneys for Plaintiff
       44 Main Street
       Kings Park, New York 11754
       (631) 269-1515
       michael_brangan@yahoo.com

Central Islip, New York
April _2_, 2014

                         LORETTA E. LYNCH
                         United States Attorney
                         Eastern District of New York
                         610 Federal Plaza, 5th Floor
                         Central Islip, New York 11772

By:   *s/ Vincent Lipari*
       VINCENT LIPARI
       Assistant U.S. Attorney
       (631) 715-7864
       vincent.lipari@usdoj.gov

Dated: Central Islip, New York
April _3_, 2014

SO ORDERED

s/ Sandra J. Feuerstein
_____
Honorable Sandra J. Feuerstein
United States District Judge